OPINION — AG — THE WILDLIFE CONSERVATION COMMISSION MAY NOT APPOINT AND DISMISS EMPLOYEES AND ASSISTANTS, BUT MUST PERMIT THE DIRECTOR OF THE WILDLIFE CONSERVATION TO APPOINT OR DISMISS WITH THE COMMISSION HAVING THE RIGHT OF ACCEPTING OR REJECTING THE APPOINTMENT OR DISMISSAL. CITE: 29 O.S. 1961 129 [29-129], ARTICLE XXVII, SECTION 3, 29 O.S. 1961 122 [29-122], 29 O.S. 1961 125 [29-125] (DALE CROWDER)